IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LEAH CASTRO, individually and as personal representative of the ESTATE OF BRIANDALYNNE CASTRO, deceased minor,<br><br>        Plaintiff,<br><br>  vs.<br><br>LEROY MELCHOR, in his individual capacity; WANNA BHALANG, in her individual capacity; TOMI BRADLEY, in her individual capacity; AMY YASUNAGA, in her individual capacity; ROBERTA MARKS, in her individual capacity; KENNETH ZIENKIEWICZ, M.D., in his individual capacity; KAY BAUMAN, M.D., in her individual capacity; and KEITH WAKABAYASHI, in his individual capacity,<br><br>        Defendants. | CV. NO. 07-00558 DAE-KSC |

ORDER DENYING WITHOUT PREJUDICE DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

On October 13, 2009, the Court heard Defendants' Motion for

Summary Judgment. Sue Vo Hansen, Esq., appeared at hearing on behalf of

Plaintiff; Elizabeth A. Stone, Deputy Attorney General, appeared at the hearing on

behalf of Defendants.  After reviewing the motion and the supporting and opposing memoranda, and for the reasons set forth below, the Court **DENIES WITHOUT PREJUDICE** Defendants' Motion for Summary Judgement.  (Doc. # 151.)

The Court finds substantial evidentiary and discovery deficiencies in this matter, such that it is virtually impossible for the Court to make a decision on the merits.  In particular, critical depositions have been submitted to the Court that are inadmissible due to certification and/or notice defects.  Further, the depositions were taken before the current Defendants were parties to this case.

Accordingly, in the interest of justice, the Court extends the discovery deadline by 30 days for the parties to cure defects in the depositions.  This order in no way grants the parties leave to add claims or allegations, or to depose new witnesses; the parties are granted leave to re-depose existing witnesses.

The Court denies Defendants' motion without prejudice and grants leave to re-file the motion within 45 days of the filing of this Order.  The Magistrate Judge is granted leave to extend these deadlines if he feels it is necessary to do so under these circumstances.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, October 13, 2009.



_____
David Alan Ezra
United States District Judge

Castro v. Melchor et al., CV No. 07-00558; ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT